# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 15-2452

———————————————

United States of America

*Plaintiff - Appellee*

v.

Ronald Mazza

*Defendant - Appellant*

——————————

Appeal from United States District Court
for the Western District of Missouri - Springfield

——————————

Submitted: March 4, 2016
Filed: March 10, 2016
[Unpublished]

——————————

Before WOLLMAN, ARNOLD, and SMITH, Circuit Judges.

——————————

PER CURIAM.

Ronald Mazza directly appeals the below-Guidelines-range sentence the district court[1] imposed after he pled guilty to sex offenses. His counsel has moved to

———————————

[1]The Honorable M. Douglas Harpool, United States District Judge for the Western District of Missouri.

withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing that the sentence is procedurally and substantively unsound. Mazza has moved for appointment of new counsel on appeal.

We have carefully reviewed the district court's sentencing decision and find no abuse of discretion. <u>See</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc). Moreover, we have independently reviewed the record pursuant to <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and conclude there are no nonfrivolous issues. Counsel's motion to withdraw is granted, the motion for new counsel is denied, and the judgment is affirmed.

_____